THE STATE OF OHIO, APPELLANT, *v.* HARPER, APPELLEE.

[Cite as *State v. Harper* (1995), 74 Ohio St.3d 2.]

(No. 95–1054—Submitted September 12, 1995—Decided October 18, 1995.)

---

*William T. Goslee,* Chief City Prosecutor, for appellant.

*David R. Evans,* for appellee.

The discretionary appeal is allowed.

The judgment of the court of appeals is reversed on the authority of *State v. French* (1995), 72 Ohio St.3d 446, 650 N.E.2d 887.

MOYER, C.J., F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

DOUGLAS, WRIGHT and RESNICK, JJ., dissent.